# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHN THOMPSON,<br><br>      Plaintiff,<br><br>v.<br><br>SPIRIT REALTY CAPITAL, INC., RICHARD GILCHRIST, KEVIN CHARLTON, ELIZABETH FRANK, MICHELLE FRYMIRE, KRISTIAN GATHRIGHT, JACKSON HSIEH, DIANA LAING, NICHOLAS SHEPHERD, and THOMAS SULLIVAN,<br><br>      Defendants. | Case No. 4:23-cv-13219-SDK-KGA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff John Thompson ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: February 15, 2024 | Respectfully Submitted, |
| | */s/ Richard A. Acocelli* |
| | Richard A. Acocelli |
| | **ACOCELLI LAW, PLLC** |
| | 33 Flying Point Road, Suite 131 |
| | Southampton, NY 11968 |
| | Tel: (631) 204-6187 |
| | Email: racocelli@acocellilaw.com |
| | |
| | *Attorneys for Plaintiff* |